UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 10, 2021

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **GRAND JURY ORIGINAL** |
| **LARRY JEROME EASTMAN,** | : | **VIOLATIONS:** |
| **JUSTICE MICHELLE EASTMAN,** | : | **21 U.S.C. § 846** |
| | : | **(Conspiracy to Distribute and Possess** |
| Defendants. | : | **with Intent to Distribute Fentanyl)** |
| | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)** |
| | : | **(Unlawful Distribution of Fentanyl** |
| | : | **Resulting in Serious Bodily Injury)** |
| | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)** |
| | : | **(Unlawful Distribution of Fentanyl** |
| | : | **Resulting in Death)** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **21 U.S.C. §§ 853(a) and (p)** |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning on or about September 2020 and continuing until at least April 5, 2021, within the District of Columbia and elsewhere, **LARRY JEROME EASTMAN and JUSTICE MICHELLE EASTMAN**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**(Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, in violation of Title 21, United States Code, Section 846)**

## COUNT TWO

From on or about October 31, 2020 and continuing until November 1, 2020, within the District of Columbia, **LARRY JEROME EASTMAN and JUSTICE MICHELLE EASTMAN**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, resulting in serious bodily injury.

**(Unlawful Distribution of Fentanyl Resulting in Serious Bodily Injury and Aiding and Abetting**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT THREE

On or about April 5, 2021, within the District of Columbia, **LARRY JEROME EASTMAN and JUSTICE MICHELLE EASTMAN**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, resulting in death.

**(Unlawful Distribution of Fentanyl Resulting in Death and Aiding and Abetting**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## FORFEITURE ALLEGATION

1.      Upon conviction of either of the offenses alleged in Counts One through Three of this Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses.  The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves*
Attorney of the United States in
and for the District of Columbia.