UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,         :
                                  :
v.                                :    Criminal No. 22-cr-22 (CKK)
                                  :
JUSTICE EASTMAN,                  :
                                  :
Defendant.                        :

## GOVERNMENT'S SUBMISSION OF ELEMENTS OF OFFENSE AND PROFFER OF EVIDENCE IN SUPPORT OF DEFENDANT'S PLEA OF GUILTY

I. Summary of the Plea Agreement

Defendant Justice Eastman agrees to admit guilt and enter a plea of guilty to Count One of the Indictment for conspiracy to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, from on or about September 2020 to at least April 5, 2021, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846.

II. Elements of the Offense

Count One of the Indictment charges that from on or about September 2020 to at least April 5, 2021, the Defendant conspired to distribute and possess with intent to distribute a mixture or substance containing fentanyl. The essential elements of the offense of conspiracy to distribute and possess with intent to distribute a mixture or substance containing fentanyl are:

(1) That an agreement existed between two or more persons to commit the crimes of distribution and possession with the intent to distribute a controlled substance, in particular, a mixture and substance containing a detectable amount of fentanyl;

(2) That the defendant intentionally joined in that illegal agreement

1

The offense of violating 21 U.S.C. § 846, by conspiring to violate federal narcotics laws, does not include as an element, the commission of an overt act in furtherance of the conspiracy. *United States v. Puinphrey*, 831 F.2d 307, 308-309 (D.C. Cir. 1987).

III.   Penalties for the Offense

The penalty for conspiring to commit a narcotics offense, in violation of 21 U.S.C. § 846, is the same as that prescribed for the substantive offense, "the commission of which was the object of the ... conspiracy." In this case, the penalty is the same as for a violation of 21 U.S.C. § 841(b)(1)(B), which is:

(A)   a term of imprisonment of not more than 20 years;

(B)   a fine not to exceed the greater of that authorized in accordance with the provisions of Title 18 or $1,000,000;

(C)   a term of supervised release of not less than 3 years; and

(D)   a special assessment of $100

The United States Sentencing Guideline § 5E1.2 permits the Court to impose an additional fine to pay the costs of imprisonment and any term of supervised release and/or probation.

IV.   Brief Statement of the Facts

The following statement of facts does not purport to include all of the Defendant's illegal conduct. It also does not purport to be an inclusive recitation of everything that the Defendant heard, knew, or witnessed concerning the illegal activities of ~~himself~~ herself or others. It is intended to represent sufficient information for the Court to find a factual basis for accepting the Defendant's guilty plea as to Counts One of the Indictment.

Had this case gone to trial, the Government's evidence would prove the following beyond a reasonable doubt:

2

1. From on or about September 2020 to at least April 5, 2021, Defendant Justice Eastman conspired with others to distribute a mixture or substance containing a detectable amount of fentanyl to customers in Washington D.C.

2. For purposes of the Plea Agreement, Defendant admits that two Cash App accounts registered in her name and that she controlled, "$princessjaee202" and "Michelle 24," received and moved payments from customers purchasing pills containing fentanyl from 2324 Raynolds Place, where Justice Eastman resided, from the time period September 2020 to at least April 5, 2021. Defendant admits that she knew the payments coming into her accounts were from customers purchasing pills containing fentanyl and that she helped facilitate the sale of purchase of fentanyl from 2324 Raynolds Place.

3. Search warrant returns for Defendant's iCloud and Instagram account, as well as her cellphone, revealed numerous photographs of large sums of U.S. currency, as well as messages where Defendant asked others about acquiring "jammers[1]." One photograph from Defendant's iCloud account is a screenshot of another individual's Instagram post stating, "DOCTORS always giving a MF IBUPROFEN 😒 I need something I can sell 💊."

4. For purposes of the Plea Agreement, Defendant admits that the amount of a mixture and substance containing a detectable amount of fentanyl Defendant conspired to distribute and possess with intent to distribute from the time period September 2020 to at least April 5, 2021, is 36.273 grams.

---

[1] The term "jammers" or "percs" is used on the street to refer to blue pills, often counterfeit for Oxycontin, that contain fentanyl.

3

5. Defendant further agrees that she personally has read, or had read to her, the indictment in this case, including the allegations and charges against the defendants in the indictment. The Defendant admits that all of the allegations in the indictment against co-defendant Larry Eastman are true, OR that she does not have information to dispute or disprove those allegations set forth in the indictment in any way.

Sincerely,

Matthew M. Graves
United States Attorney
D.C. No. 481052

By:   /s/ Andy Wang
Andy T. Wang
Assistant United States Attorney

**Defendant's Acceptance**

I have read each of the pages that constitute the government's proffer of evidence and have discussed it with my attorney, Christopher Davis. I fully understand this proffer and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in my plea agreement.

I am satisfied with the legal services provided by my attorney in connection with this proffer and my plea agreement and matters related to it.

Date: 1-22-2023            *Justice Eastman*
                           Justice Eastman
                           Defendant

**Attorney's Acknowledgment**

I have read each of the pages that constitute the government's Proffer of Evidence, reviewed them with my client, Justice Eastman, and discussed the provisions of the proffer with him fully. These pages accurately and completely set forth the government's proof, as I understand it.

Date: 1-22-23              *Christopher Davis*
                           Christopher Davis, Esq.
                           Attorney for the Defendant

5